## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| ERIC SHIELDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 4:07CV1178 FRB |
| | ) |
| STEPHEN N. LIMBAUGH, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court for review of plaintiff's complaint under 28 U.S.C. § 1915(e)(2)(B). Plaintiff frequently files frivolous and malicious lawsuits with the Court. The instant complaint alleges Title VII employment discrimination against Senior United States District Judge Stephen N. Limbaugh. The complaint is so obviously frivolous and malicious that the Court need not discuss it at length, and the Court shall dismiss the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B).

Accordingly,

**IT IS HEREBY ORDERED** that the complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS FURTHER ORDERED** that all pending motions are **DENIED**.

Dated this 2nd day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE